

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00640-CV

Paul **MICHAEL**,
Appellant

v.

Maria Guadalupe **MASCORRO**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-05662
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed for want of prosecution.** Costs of court for this appeal are taxed against Appellant Paul Michael.

SIGNED December 7, 2022.

_____
Patricia O. Alvarez, Justice